**EXHIBIT 1**

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia   VA. CODE § 16.1-79

PRIVATE PROCESS SERVICE

CASE NO. GV830358700

**Fairfax County** — CITY OR COUNTY
General District Court

4110 Chain Bridge Road, Fairfax, VA 22030
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on June 25, 2024, 9:30am to answer the Plaintiff(s) civil claim (see below)

RETURN DATE AND TIME

AUG 2 4 2023 — DATE ISSUED

[ ] CLERK   [X] DEPUTY CLERK   [ ] MAGISTRATE

FILED 2023 AUG 18 P 3:40

**PLAINTIFF(S):** Syndor, Lucretia
4519 Old Branch Ave
Temple Hills, MD 20748
305-766-8737

V.

**DEFENDANT(S):** Davis Memorial Goodwill Industries, DBA Goodwill of Greater Washington
c/o Incorp Services, Inc.
7288 Hanover Green Dr Ste A
Mechanicsville, VA 23111

HEARING DATE AND TIME: 6-25-24 @ 9:30AM

## WARRANT IN DEBT

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of 25,000.00 net of any credits, with interest at 6.00 % from date of 7/21/2020 until paid, 15,000.00 costs and $ 250,000.00 attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)
Employer FMLA violation.

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.
[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] cannot be demanded

8/18/2023 — DATE
*Lucretia Syndor*
[X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

Bill of Particulars ................ ORDERED ........ DUE

Grounds of Defense ............... ORDERED ........ DUE

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ] ............
for $ ............ net of any credits, with interest at ....... % from date
of ............ until paid, $ ............ costs and $ ............ attorney's fees
[ ] and $ ............ costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ............

[ ] NON-SUIT [ ] DISMISSED ............

Defendant(s) Present: [ ] NO [ ] YES ............

DATE ........ JUDGE

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE

CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

| | | |
|---|---|---|
| NAME .................................................... <br><br> ADDRESS ............................................... <br> ................................................................ <br><br> [ ] PERSONAL SERVICE    Tel. No. ............ <br><br> Being unable to make personal service, a copy was delivered in the following manner: <br><br> [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. <br><br> _____ <br><br> [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) <br><br> [ ] Served on Secretary of the Commonwealth <br><br> [ ] NOT FOUND <br>                 SERVING OFFICER <br> ................. for _____ <br> DATE | NAME .................................................... <br><br> ADDRESS ............................................... <br> ................................................................ <br><br> [ ] PERSONAL SERVICE    Tel. No. ............ <br><br> Being unable to make personal service, a copy was delivered in the following manner: <br><br> [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. <br><br> _____ <br><br> [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) <br><br> [ ] Served on Secretary of the Commonwealth <br><br> [ ] NOT FOUND <br>                 SERVING OFFICER <br> ................. for _____ <br> DATE | NAME .................................................... <br><br> ADDRESS ............................................... <br> ................................................................ <br><br> [ ] PERSONAL SERVICE    Tel. No. ............ <br><br> Being unable to make personal service, a copy was delivered in the following manner: <br><br> [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above. <br><br> _____ <br><br> [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.) <br><br> [ ] Served on Secretary of the Commonwealth <br><br> [ ] NOT FOUND <br>                 SERVING OFFICER <br> ................. for _____ <br> DATE |

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

---

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

8/18/2023       _Quintin Aynoke_ (signature)
DATE               [X] Plaintiff
                        [ ] Plaintiff's Atty.
                        [ ] Plaintiff's Agent

Fi. Fa. issued on .................................................

Interrogatories issued on: ...................................

Garnishment issued on .......................................

.................................................................................