| | |
|---|---|
| **From:** | yami.caballero@incorp.com |
| **To:** | Colleen Paletta; Josh Wallish |
| **Subject:** | **Urgent** Legal Matter - Service of Process Notification For Davis Memorial Goodwill Industries (786784) [VA] (786784) - Document 3031714 |
| **Date:** | Thursday, June 13, 2024 5:44:17 PM |

**InCorp Services, Inc.**

**Urgent Notice**

Hello, I'm Yami Caballero with InCorp Services, Inc., your Registered Agent for Davis Memorial Goodwill Industries (786784) in Virginia. We received a service of process document for your entity.

> DATE/TIME SERVED: 6/13/2024
>
> SERVED VIA: Process Server
>
> NATURE OF ACTION: Other
>
> PLAINTIFF: SYDNOR, LUCRETIA
>
> CASE NO: GV230... NOT LEDGIBLE/ CUT OFF

Access your document by clicking on the following link:

Access Service of Process Document # 3031714

After you click on the link above, you will be able to login to your account and access the document. You can reach me at 800.246.2677 ext. 6402 or via email with questions or if you need additional information.

Account Login & Document Retrieval Instructions

1. Login to your Account using your User ID (Email Address) And Password.
2. This will open the Entity Management System at which point you should see the "Service of Process" at the top of your Dashboard. If your document has been viewed, you can find it by navigating to Documents from the main menu.

Thank you for your time and thank you for choosing InCorp Services, Inc..

| InCorp Services, Inc. | 9107 West Russell Road Suite 100 Las Vegas, NV 89148-1233 | VOICE | 800.246.2677 |
|---|---|---|---|
| | | FAX | 702.866.2689 |

Copyright © 1998-2024 · InCorp Services, Inc. · All rights reserved.

Connect with us: